**Robert E. GREEN, Sr., Plaintiff–Appellant,**

v.

**MAYOR AND CITY COUNCIL; The Baltimore City Police Department; Sod Decoy Squad; Carl Stambaugh, Officer; Other Members of the Baltimore Police Department, Defendants–Appellees.**

No. 03–1335.

United States Court of Appeals, Fourth Circuit.

Submitted May 20, 2003.

Decided June 4, 2003.

Robert E. Green, Sr., Appellant Pro Se. William Rowe Phelan, Jr., City of Baltimore Law Department, Baltimore, Maryland; Gary Charles May, Baltimore City Police Department, Baltimore, Maryland; Eileen Antoinette Carpenter, Baltimore, Maryland, for Appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert E. Green, Sr., seeks to appeal the district court's order advising Green that additional filings relevant to his closed case, other than a notice of appeal, would be discarded. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on September 17, 2002. The notice of appeal was filed on March 17, 2003. Because Green failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*